UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASIL SIMON, in his capacity as
Receiver for FutureNet Group Inc.,

        Plaintiff,

- against -

GTR SOURCE, LLC et al.,

        Defendants.

19cv1471 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff may respond to the argument raised for the first time in the reply, that the defendants are entitled to summary judgment because of res judicata, by **December 17, 2019**. The defendants may reply by **December 18, 2019**.

SO ORDERED.

Dated:    New York, New York
            December 12, 2019

                                      John G. Koeltl
                                  United States District Judge