UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BASIL SIMON, in his capacity as
Receiver for FutureNet Group, Inc.

          Plaintiff,

- against -

GTR SOURCE, LLC et al.,

          Defendants.

19cv1471 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties should advise the Court by **January 6, 2020** about an appropriate briefing schedule concerning GTR's outstanding motion for attorney's fees.

SO ORDERED.

Dated:   New York, New York
        December 26, 2019

                                     John G. Koeltl
                             United States District Judge