**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BASIL SIMON, in his capacity as Receiver for
FutureNet Group, Inc.,

                Plaintiff,

-against-

GTR SOURCE, LLC, et al.,

                Defendant.
-----------------------------------------------------------X



19 **CIVIL** 1471 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order and Opinion dated December 26, 2019, the Receiver's motion for summary judgment is denied; the defendants' motions for summary judgment are granted and the complaint is dismissed; GTR's motion for attorney's fees is denied without prejudice.

**Dated:** New York, New York
          December 27, 2019

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                      BY:

                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/27/2019