USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-15-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BASIL SIMON, in his capacity as
Receiver for FutureNet Group, Inc.

        Plaintiff,

- against -

GTR SOURCE, LLC et al.,

        Defendants.

---

19cv1471 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The parties should advise the Court by **January 20, 2020** about the status of this case and whether it should remain open.

**SO ORDERED.**

Dated:    New York, New York
             January 15, 2020

                                    John G. Koeltl
                                  United States District Judge

1